IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIMITRIOS GRAMMENOS | : | CIVIL ACTION |
| v. | : | |
| ALLSTATE INSURANCE CO., et al. | : | NO. 07-2725 |

## ORDER

AND NOW, this 21st day of April, 2009, upon review of Third-Party Defendant, Aclaim Adjustment Agency, Inc.'s Motion for Oral Argument On Its Motion for Summary Judgment (Doc. No. 46), it is hereby

**ORDERED**

that the motion is **DENIED**.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
Chief United States Magistrate Judge