IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIMITRIOS GRAMMENOS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE CO., et al. | : | NO. 07-2725 |

**O R D E R**

AND NOW, this        day of April, 2009, upon consideration of the Motion For Partial Summary Judgment (Doc. No. 43) filed by defendant, Allstate Insurance Company ("Allstate"), and plaintiff's response thereto (Doc. No. 53), it is hereby

**ORDERED**

that Allstate's Motion for Partial Summary Judgment is **GRANTED** for the reasons set forth in the attached Memorandum of Decision.  Judgment is hereby **GRANTED** in favor of Allstate and against plaintiff, Dimitrios Grammenos, on Count II of the Complaint, alleging violation of the bad faith statute.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
Chief United States Magistrate Judge